[No. 29965-8-II.   Division Two.   August 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS DANIEL HACHENEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01311-2, Anna M. Laurie, J., entered February 7, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[Nos. 30845-2-II; 30849-5-II.   Division Two.   August 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINE THERESA LUGO, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER GIRARD SCHNAIDT, *Appellant.*

Appeals from a judgment of the Superior Court for Thurston County, No. 03-1-01186-3, Daniel J. Berschauer and Wm. Thomas McPhee, JJ., entered September 10, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 31050-3-II.   Division Two.   August 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNA DEE ST. MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 02-1-00068-0, E. Thompson Reynolds, J., entered October 30, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Armstrong, JJ.